IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| LIGIA COLCERIU,<br>on behalf of herself and all<br>others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>JAMIE BARBARY a/k/a/ JAMIE<br>ENGELHARDT, ENGELHARDT & CO.,<br>LLC,<br><br>      Defendants.<br>_____/ | **CLASS ACTION**<br><br>Case No. 8:20-cv-01425-MSS-AAS |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants, pursuant to Local Rule 3.01(i), respectfully submit this Notice of Supplemental Authority in Support of their argument in their Motion to Dismiss that Plaintiffs do not have Article III standing. (ECF No. 24 at pp. 5-9.)

    (i)    *Mgmt. Props., LLC v. Town of Redington Shores, Florida*, Case No. 8:20-cv-2984-VMC-AEP, 2021 WL 1530889, at *6 (M.D. Fla. Apr. 19, 2021) (under the Supreme Court's recent decision in *Uzuegbunam v. Preczewski*, 141 S. Ct. 792 (2021), plaintiff failed to allege a "***completed*** violation of a legal right") (emphasis in original);

(ii) *Valley Nat'l Bank v. Warren*, Case No. 8:20-cv-1777-KKM, 2021 WL 1597960, at *3-4 (M.D. Fla. Apr. 23, 2021) (under *Uzuegbunam*, plaintiff did not allege violation of a "legal right" or "harm that is concrete");

(iii) *Keim v. South Florida Fair and Palm Beach Cty.*, Case No. 20-cv-80506-KAM, --- F. Supp. 3d ---, 2021 WL 1588819, at *4 (S.D. Fla. Apr. 23, 2021) (analyzing *Uzuegbunam* and holding that the complaint "fails to allege an injury to give Plaintiff standing").

Dated: April 30, 2021

Respectfully Submitted,

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard,
Suite 1600
Miami, FL  33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

By: /s/ *Ian M. Ross*
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
electronicservice@sfslaw.com

*Counsel for Defendants*

*Notice of Supplemental Authority*
Case No. 8:20-cv-01425

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

 /s/  Ian M. Ross
IAN M. ROSS

## SERVICE LIST
*Colceriu v. Barbary, et al.*
**Case No. 8:20-cv-01425-MSS-AAS**
**United States District Court, Middle District of Florida**

**Bogdan Enica**
Bogdan Enica, Esq.
66 W. Flagler Street, Suite 900
Miami, FL 33130
786-588-4758
Email: b.enica@fashion.law

*Counsel for Plaintiff*

3