UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIGIA COLCERIU, and those
similarly situated,

Plaintiffs,

CASE NO: 8:20-cv-1425-T-35AAS

v.

JAMIE BARBARY and
ENGELHARDT & CO. LLC,

Defendants.

## AMENDED NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE RESPONSE TO MOTION TO DISMISS (AMENDED AS TO THE CITATION)

Pursuant to Local Rule 3.01(i), Plaintiff submits this Notice of Supplemental Authority in support of her Response to Motion to Dismiss [ECF#27], (supplementing the argument on pg. 9, ¶2):

"An Article III "Case" exists if, and whenever, the plaintiff has a cause of action including under any statutory provision authorizing suit in federal court to vindicate the violation of a legal right." *Sierra v. City of Hallandale Beach, Florida*, 19-13694, 2021 WL 1799848, at *25 (11th Cir. May 6, 2021) (Newsom, J., concurring).

Dated May 26th, 2021.

        Respectfully Submitted,

        <u>/s/ Bogdan Enica</u>
        Bogdan Enica, Esq.
        *Attorney for the Plaintiffs*
        66 W Flagler St. Ste.900, Miami FL 33130
        Phone: 786-588-4758
        E-mail: b.enica@fashion.law

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of May 2021, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/<i>Bogdan Enica</i><br>
Bogdan Enica, Esq.