## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LIGIA COLCERIU, and those
similarly situated,

Plaintiffs,                                        CASE NO: 8:20-cv-1425-T-35AAS

v.

JAMIE BARBARY and
ENGELHARDT & CO. LLC,
Defendants.

---

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

This action is a class action, filed on June 20, 2020. To date, parties were diligently involved in discovery and Plaintiffs recently filed their First Amended Complaint.

On April 7, 2021, this Court also entered a Case Management and Scheduling Order. According to the Scheduling Order, Plaintiff's deadline to amend pleadings and add additional parties is July 23, 2021.

At this point, Plaintiff is contemplating adding additional parties and claims to this lawsuit and therefore further amending the Complaint.

However, at this time, parties are still in the process of processing discovery and are involved in settlement discussions.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v.*

*Chemaly,* 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4).

In this case, the parties set an aggressive schedule with respect to the claims raised in the Complaint and adding additional parties and claims proved to be a process that took longer than initially anticipated. Also, parties are continuously involved in settlement negotiations.

Therefore, parties would like to extend the deadline to o amend pleadings and add additional parties by 45 days, up to, and including September 6, 2021.

This requested 45-day extension would allow the parties to determine whether additional parties or claims are appropriate or if this case should be settled at the current stage.

Parties note that the requested extension will not move any other deadlines or the current trial date.

For the foregoing reasons, Defendants respectfully requests that the Court extends of the deadline amend the Complaint to and including Monday, September 6, 2021.

Dated July 19th, 2021.

Respectfully Submitted,

*/s/ Bogdan Enica, Esq.*
Bogdan Enica, Esq.
Counsel for Ligia Colceriu
and those similarly situated
2/4/2021

*/s/ Ian M. Ross, Esq.*
Ian M. Ross, Esq.
Counsel for Jamie Barbary and
Engelhardt & Co. LLC
2/4/2021

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 19th day of July 2021, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/<u>*Bogdan Enica*</u>
Bogdan Enica, Esq.
