## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LIGIA COLCERIU, and those**
**Similarly situated,**

        **Plaintiff,**

**v.**

        **Case No 8:20-CV-1425-t-35AAS**

**JAMIE BARBARY and**
**ENGELHARDT & CO, LLC**

        **Defendant.**

        _____/

### MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on August 19 2021 and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    ✓    All individual parties and their respective trial counsel.

    ✓    Designated corporate representatives.

    ____    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participated as ordered:

_____

_____

_____

(c)  **The outcome of the Mediation was:**

_____ **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of Settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims, which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____

_____ **The conference was continued** with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding judge. Mediation Reports will be filed after additional conferences are complete.

_____ The conference was continued with the consent of all parties and counsel until ___.

✓  **The parties have reached an impasse:**

Done this 19th day of August 2021 in Tampa, Florida.

*Cary R. Singletary*

**Cary R. Singletary, Mediator**
**Florida Supreme Court**
**Certified Circuit Civil Mediator**
**301 W. Platt Street, Ste 431**
**Tampa, Florida 33606**
**(813) 382-0745 – TEL**
**www.carysinglegtary@aol.com**

**Copies to:**
**Bogdan Enica**
**Ian M. Ross**