UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIGIA COLCERIU, and those
similarly situated,

Plaintiffs,                                        CASE NO: 8:20-cv-1425-T-35AAS

v.

JAMIE BARBARY and
ENGELHARDT & CO. LLC,
Defendants.

## UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

This action is a class action, filed on June 20, 2020. To date, parties were diligently involved in discovery and the Plaintiff recently filed her First Amended Complaint [ECF #44], on July 6, 2021, with leave of court. The Plaintiff also filed a Motion for Leave to Amend the Complaint [ECF #60] on September 7, 2021.

On April 7, 2021, this Court entered a Case Management and Scheduling Order. According to the Scheduling Order, Parties' deadlines to mutually disclose the expert reports are September 17, 2021 for Plaintiffs' report, October 18, 2021 for Defendants' report and December 17, 2021 for the rebuttal experts' reports.

At this time the Court has yet to rule on Defendant's Motion to Dismiss Amended Complaint and Plaintiff's Motion for Leave to Amend the Complaint. The Plaintiff would like to avoid the expense of preparing an expert report before

decisions on the Motion to Dismiss and the Motion to Amend are rendered, since such decisions will have an impact on the content of the reports.

Also, counsel for Plaintiff was recently out-of-country on a personal urgent matter and unable to finalize the preparation of the Plaintiffs' report to date.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358*, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4).

In this case, the parties set an aggressive schedule with respect to the claims raised in the Complaint with the discovery deadline being February 28, 2022 and the class certification deadline being January 30, 2022.

At this point, Plaintiffs would like to move for a short, fifteen-day deadline extension for the mutual disclosure of the expert reports or any other extension allowed by this Court.

A fifteen-day extension would cause the deadlines to be on October 1st, November 1st, and January 1st, respectively.

### **RULE 3.01(G) CERTIFICATION**

Counsel for Plaintiff conferred with Ian Ross, counsel for Defendant, in a good faith effort to resolve the issues raised by this Motion. The Defendants do not

oppose the fifteen-day extension of the deadlines but do not want to extend the expert deadlines otherwise.

## CONCLUSION

For the foregoing reasons Plaintiff respectfully requests that the Court extends of the deadline to disclose expert reports by fifteen days or any other such period of time the Court may deem just and proper.

Dated September 14, 2021.

                                            *s/Bogdan Enica*

                                            Bogdan Enica, Esq.
                                            Attorney for the Plaintiffs
                                            66 W Flagler St. Ste.900, Miami FL 33130
                                            Phone: 786-588-4758
                                            E-mail: b.enica@fashion.law

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of September 2021, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/Bogdan Enica  
Bogdan Enica, Esq.