IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

LIGIA COLCERIU,
and those similarly situated,

Plaintiffs,                          CASE NO: 8:20-cv-1425-T-35AAS

v.

JAMIE BARBARY a/k/a JAMIE ENGELHARDT,
ENGELHARDT & CO. LLC,

Defendants.
_____

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION**
_____

PLEASE TAKE NOTICE THAT Bogdan Enica, attorney for Plaintiffs, has recently changed law firms. His new contact information is as follows:

> Bogdan Enica, Esq.
> Practus, LLP
> 66 W Flagler St., Ste.937, Miami FL 33130
> Telephone: 305.539.9206
> E-mail: bogdan.enica@practus.com

Dated: September 28, 2021

Respectfully Submitted,
*Attorney for the Plaintiffs,*
/s/ *Bogdan Enica*
Bogdan Enica, Esq.
FL. Bar No.0101934
Practus, LLP
66 W Flagler St. Ste.937,
Miami FL 33130
Phone: 305-539-9206
E-mail: bogdan.enica@practus.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of September 2021, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/*Bogdan Enica*
Bogdan Enica, Esq.
